UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DEBRA MCCLENDON GRAHAM, INDIVIDUALLY
AND ON BEHALF OF THE WRONGFUL DEATH
BENEFICIARIES AND HEIRS AT LAW OF THE
ESTATE OF JOHNNY TRAVIS MCCLENDON                                    PLAINTIFF

VS.                                        CIVIL ACTION NO. 4:09cv167-DPJ-FKB

RILEY HEALTHCARE, LLC D/B/A
THE OAKS REHABILITATION &
HEALTHCARE CENTER, ET AL.                                            DEFENDANTS

## JUDGMENT

For the reasons given in the order entered in this cause on this date, the Court finds that this action should be dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 3rd day of June, 2010.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE